JP:JN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

12 M 704

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

MARIA ALOYCE CHUWA,

           Defendant.

- - - - - - - - - - - - - - - - - -X

SUPPLEMENTAL
AFFIDAVIT
(21 U.S.C. §§ 952(a)
and 960)

12-M-704

EASTERN DISTRICT OF NEW YORK, SS:

        PETER MAY, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration("DEA"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on July 28, 2012.

        Commencing on or about, July 27, 2012, the defendant MARIA ALOYCE CHUWA passed a total of 100 pellets with a total gross weight of approximately 1,880.4 grams of heroin.

WHEREFORE, your deponent respectfully requests that the defendant MARIA ALOYCE CHUWA be dealt with according to law.

_____
PETER MAY
Special Agent
Drug Enforcement Administration

Sworn to before me this
30th day of July, 2012

HONORABLE
UNITED                          JDGE
EASTERN                         tK

s/Mann

2